## UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Carol Stith, individually and on behalf of all others similarly situated,** : | |
| : | |
| **Plaintiff,** : | |
| : | **Civil Action No. 02-CV-4176** |
| **v.** : | |
| : | |
| **Merck & Co., Inc.,** : | |
| : | |
| **Defendant.** : | |
| : | |

## WITHDRAW OF APPEARANCE

TO THE CLERK:

      Kindly withdraw the appearance of Joshua R. Lubin on behalf of Defendant

Merck & Co., Inc. in the above-captioned action.


_____
Joshua R. Lubin (PA ID NO. 84431)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103

Attorney for Defendant

Dated:  September 25, 2003

## CERTIFICATE OF SERVICE

I, Joshua R. Lubin, hereby certify that on this 25th day of September, 2003, a true and correct copy of the foregoing Withdraw of Appearance has been served via first class mail upon the following:

Robert T. Vance, Jr., Esquire
Suite 705
1616 Walnut Street
Philadelphia, PA 19103

And

Isaac H. Green, Jr., Esquire
Suite 700
1616 Walnut Street
Philadelphia, PA 19103

And

Joseph C. Kohn, Esquire
Martin J. D'Urso, Esquire
Kohn, Swift & Graf, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107

Attorneys for Plaintiff

_____
Joshua R. Lubin