IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STITH

   VS.                                    C.A. NO. 02-4176

MERCK AND CO.

ORDER

WEINER, J.                                    MARCH 15, 2004

      The motion of the defendant for judgment on the pleadings (Doc. #8) is DENIED.

                                  IT IS SO ORDERED.

                                  _____
                                  CHARLES R. WEINER