**FROST & ZEFF**
**BY: MARK B. FROST, ESQUIRE**       **ATTORNEY FOR PLAINTIFF**
**ID: 19284**
**PIER 5 AT PENN'S LANDING**
**7 N. COLUMBUS BOULEVARD**
**PHILADELPHIA, PA 19106**
**(215) 351-3333**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| **CAROL STITH, Individually and on behalf of all others similarly situated** | : CIVIL ACTION NO. :<br>: 02-4176 |
| v. | : : |
| **MERCK & CO., INC.** | : |

_____

### ENTRY OF APPEARANCE

**TO THE CLERK:**

    Kindly enter my appearance on behalf of Plaintiff Carol Stith with regard to the above-captioned matter.

                                                                 FROST & ZEFF

                                                                 _____
                                                                 MARK B. FROST, ESQUIRE
                                                                  Pier 5 at Penn's Landing
                                                                  7 N. Columbus Boulevard
                                                                  Philadelphia, PA 19106
                                                                  (215) 351-3333