**FROST & ZEFF**
**BY: MARK B. FROST, ESQUIRE**          ATTORNEY FOR PLAINTIFF
**ID: 19284**
**PIER 5 AT PENN'S LANDING**
**7 N. COLUMBUS BOULEVARD**
**PHILADELPHIA, PA 19106**
**(215) 351-3333**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| **CAROL STITH** | : |
| | : CIVIL ACTION NO. |
| | : |
| v. | : 02-CV-4176 |
| | : |
| | : |
| **MERCK & CO., INC.** | : |

_____

### ENTRY OF APPEARANCE

**TO THE CLERK:**

    Kindly enter my appearance on behalf of Plaintiff Carol Stith with regard to the above-captioned matter.

                                                    FROST & ZEFF

                                                    s/Mark B. Frost_____
                                                    MARK B. FROST, ESQUIRE
                                                    Pier 5 at Penn's Landing
                                                    7 N. Columbus Boulevard
                                                    Philadelphia, PA 19106
                                                    (215) 351-3333